Joshua Briones (SBN 205293)
jbriones@mintz.com
Nicole Ozeran (SBN 302321) (*application for admission to be filed*)
nvozeran@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Century Plaza Towers 2029 Century Park East Suite 1370
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

Attorneys for Plaintiff
HOF'S HUT RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEVE MACKINNON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOF'S HUT RESTAURANTS, INC., a California corporation,<br><br>Defendant. | Case No. 2:17-cv-01456-JAM-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Judge: John A. Mendez<br>Complaint Filed: July 13, 2017<br>Complaint Served: July 21, 2017<br>Current Response Date: Sept. 8, 2017<br>New Response Date: Sept. 22, 2017 |

The Court has considered the parties' Stipulation to Extend Defendant Hof's Hut Restaurants, Inc.'s Time to Respond to Plaintiff Steve Mackinnon's Complaint. The Court is of the opinion the requested extension should be GRANTED, and it is therefore,

/ / /

/ / /

/ / /

/ / /

- 1 -

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**

1     ORDERED, that Defendant Hof's Hut Restaurants, Inc. has up to and through
2 September 22, 2017 to a respond to Plaintiff Steve Mackinnon's Complaint.
3     **IT IS SO ORDERED.**

5 Dated: September 7, 2017            /s/ John A. Mendez_____
6                                           HONORABLE JOHN A. MENDEZ
                                          United States District Court Judge

8 71713011v.1